UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Daniel J. Riley,
    Plaintiff

    v.                                  Case No. 12-cv-175

Thomas Colantuono,
John P. Kacavas, and
Seth R. Aframe,
    Defendants

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

May 9, 2012

cc:  Daniel J. Riley, pro se