```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Daniel John Riley**

    v.                        Case No. 12-cv-175

**Thomas Colantuono, et al.**

### O R D E R

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

May 9, 2012

cc: Daniel J. Riley, pro se