```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Daniel John Riley</u>

    v.                              Case No. 12-cv-175

<u>Thomas Colantuono, et al.</u>


<u>**O R D E R**</u>


    I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

```
                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge
```

May 9, 2012

cc: Daniel J. Riley, pro se

˘1˘