UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Daniel John Riley

    v.                    Case No. 12-cv-00175

Thomas Colantuono, et al.

**O R D E R**

I recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 10, 2012

cc: Daniel John Riley, pro se