**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Daniel John Riley

    v.                                         Civil No. 12-cv-175

Thomas Colantuono, et al.


ORDER OF RECUSAL


I hereby recuse myself from this case.

SO ORDERED.

                                   _____
                                   Landya B. McCafferty
                                   United States Magistrate Judge

Date:  May 10, 2012

cc:  Daniel John Riley, pro se