# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Daniel John Riley</u>

    v.                                                Civil No. 12-cv-175

<u>Thomas Colantuono, et al.</u>


## ORDER OF RECUSAL

I hereby recuse myself from this case.

SO ORDERED.

                                                 _____
                                                 Landya B. McCafferty
                                                 United States Magistrate Judge

Date: May 10, 2012

cc: Daniel John Riley, pro se