UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel John Riley

    v.                          Case No. 12-cv-175

Thomas Colantuono, et al.

O R D E R

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

May 15, 2012

cc:  Daniel J. Riley, pro se