UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

RI MISC 12 064

Daniel John Riley

v.  NH Civil No 12-cv-175

Thomas Colantuono, et al

### ORDER

All active service district judges in this district are recused from presiding over this case Accordingly, the case shall be referred to the District of Rhode Island, sitting by designation

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U S C § 636 (f)  I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U S C §636(a) - (c)

SO ORDERED

Date   May 21, 2012

                                     /s/ Joseph N  Laplante
                                     Joseph N  Laplante
                                       Chief Judge

cc    Daniel John Riley, pro se
       Clerk, US District Court – District of Rhode Island

## **CONCURRING ORDER**

I concur that ___Mary M. Lisi_____,
a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ___David L. Martin_____ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: __May 25, 2012__            /s/Mary M. Lisi
                                            Chief United States District Judge
                                            District of Rhode Island

cc:   Daniel John Riley, pro se
      Clerk, USDC- District of New Hampshire