UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
DANIEL JOHN RILEY,                  :
        Plaintiff,                  :
                                    :
     v.                             :    12-cv-175 MML
                                    :
THOMAS COLANTUONO,                  :
JOHN P. KACAVAS,                    :
SETH R. AFRAME,                     :
each in their individual            :
capacity,                           :
        Defendants.                 :
```

**ORDER**

**TO CLERK'S OFFICE**

The Court, having completed its preliminary review of the *pro se* Complaint filed by Plaintiff Daniel John Riley pursuant to 28 U.S.C. § 1915A, makes the following order to the Clerk's Office. The Clerk's Office is directed to issue the summons and forward to the United States Marshals Service, District of New Hampshire: the summons, copies of the Complaint, and the Report and Recommendation issued by this Magistrate Judge on June 13, 2012.

So ordered.

**/s/ David L. Martin**
DAVID L. MARTIN
United States Magistrate Judge
June 13, 2012