UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
DANIEL JOHN RILEY,                  :
          Plaintiff,                :
                                    :
     v.                             :   12-cv-175 MML
                                    :
THOMAS COLANTUONO,                  :
JOHN P. KACAVAS,                    :
SETH R. AFRAME,                     :
each in their individual            :
capacity,                           :
          Defendants.               :
```

**ORDER**

**RULING MOTION MOOT**

Before the Court is the Motion for Civil Summons Ex Parte ("Motion") filed by Plaintiff Daniel John Riley.  The Motion seeks to have the Court order the Clerk to issue civil summonses for each Defendant so that service of process can be made.  Because each Defendant has already been served, see Process Receipt and Return (Docket #14, #15, #16) (reflecting that Defendants were served on June 15, 2012), the Motion is ruled moot.

So ordered.

/s/ *David L. Martin*
DAVID L. MARTIN
United States Magistrate Judge
June 21, 2012